No. 46,012

*In re* Thomas Willard Cunningham's voluntary surrender of his certificate to practice law in the State of Kansas.

(467 P. 2d 687)

Opinion canceling certificate filed April 11, 1970.

*Per Curiam:* On March 6, 1970, Thomas Willard Cunningham voluntarily surrendered his certificate admitting him to practice law in the courts of the State of Kansas, which is now on file with the clerk of this Court.

It is therefore ORDERED by the Court that the surrendered certificate be accepted and the clerk of this Court is ORDERED and DIRECTED to mark the certificate void and to strike Thomas Willard Cunningham's name from the roll of attorneys.